FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
DALE K. LARSON (SBN 266165)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: fwoocher@strumwooch.com

ROBERT A. PRATT (SBN 137704)
KATHRYN W. LONDENBERG (SBN 278390)
OFFICE OF LEGISLATIVE COUNSEL
925 L Street, Suite 900
Sacramento, California 95814
Telephone: (916) 341-8186
Facsimile: (916) 341-8395
Email: robert.pratt@legislativecounsel.ca.gov

*Attorneys for Defendant Richard Pan*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. SUZANNE RUMMEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD PAN, California State Senator, <br><br> Defendant. | CASE NO. 2:18-cv-02067-TLN-DB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE THE RULE 26(F) CONFERENCE** <br><br> Courtroom: 2 <br> Judge: Hon. Troy L. Nunley |

| 1 | WHEREAS Plaintiff A. Suzanne Rummel filed a Summons and
| 2 | Complaint for Declaratory, Injunctive, or Other Relief on July 27, 2018;
| 3 | WHEREAS Plaintiff and Defendant Dr. Richard Pan filed on August 21,
| 4 | 2018, a Stipulation to Extend Time to Respond to First Amended Complaint for
| 5 | Declaratory, Injunctive, or Other Relief by Not More Than 28 Days;
| 6 | WHEREAS that Stipulation asserted that Defendant will waive any
| 7 | asserted insufficiency in the July 31, 2018, "substituted service" of the Summons
| 8 | and Complaint;
| 9 | WHEREAS that service was "deemed complete on the 10th day after the
| 10 | mailing" of the summons and complaint, which in this case was August 10, 2018;
| 11 | WHEREAS the Court issued an Initial Pretrial Scheduling Order on July
| 12 | 30, 2018, stating that "[w]ithin sixty (60) days of service of the complaint on any
| 13 | party, or from the date of removal, whichever is later, the parties shall confer as
| 14 | required by Federal Rule of Civil Procedure 26(f)";
| 15 | WHEREAS the Scheduling Order also states: "The parties are reminded
| 16 | that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial
| 17 | Pretrial Scheduling Order shall not be modified except by leave of court upon a
| 18 | showing of good cause";
| 19 | WHEREAS Defendant's lead attorney, Fredric D. Woocher, filed on
| 20 | September 13, 2018, a Defendant's Notice of Unavailability of Counsel giving
| 21 | notice to all parties that Mr. Woocher would be out of the country with limited
| 22 | access to email and telephone from September 17, 2018, to October 8, 2018;
| 23 | WHEREAS 60 days after August 10, 2018, the date the stipulated
| 24 | substituted service was deemed complete, is October 9, 2018;
| 25 | WHEREAS Plaintiff's attorney Marian A. Tone and Defendant's attorney
| 26 | Michael J. Strumwasser conferred telephonically on September 28 and October 1,
| 27 | 2018, regarding the Rule 26(f) conference;
| 28 | WHEREAS the attorneys stipulated on that call to continue the

completion of the Rule 26(f) conference to Friday, October 19, 2018 so that Mr. Fredric Woocher could participate fully in the conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff and Defendant, through their counsel, as follows:

The parties respectfully request that they be permitted to conclude the Rule 26(f) conference by October 19, 2018.

**IT IS SO STIPULATED.**

DATED: October 1, 2018

Fredric D. Woocher
Michael J. Strumwasser
Dale K. Larson
STRUMWASSER & WOOCHER LLP

Robert A. Pratt
Kathryn W. Londenberg
OFFICE OF LEGISLATIVE COUNSEL

By  /s/ *Michael J. Strumwasser*
      Michael J. Strumwasser

*Attorneys for Defendant Richard Pan*

DATED: October 1, 2018

Marian Adams Tone
LAW OFFICE OF MARIAN A. TONE

                                As authorized
By  /s/ Marian A. Tone     on 10/01/2018
      Marian A. Tone, SBN 149375

*Attorney for Plaintiff A. Suzanne Rummel*

3

# ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order to continue the deadline for the parties to complete their Rule 26(f) conference to October 19, 2018.

**IT IS SO ORDERED.**

Dated: October 1, 2018

_____
Troy L. Nunley
United States District Judge